1
2
3
4              UNITED STATES DISTRICT COURT
5                   DISTRICT OF NEVADA
6                          * * *
7    PROTEINHOUSE FRANCHISING, LLC, et      Case No. 2:17-cv-02816-APG-PAL
     al.,
8                                                    ORDER
                                Plaintiffs,
9         v.                                 (Mot Subst – ECF No. 50)
10   KEN B. GUTMAN, et al.,
11                             Defendants.

Before the court is the Substitution of Attorney (ECF No. 50).  Defendant Ken B. Gutman

seeks to substitute himself, pro se, as attorney of record in the place and stead of Elliot S. Blut of

Blut Law Group, PC.

LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except

by leave of the court after notice has been served on the affected client and opposing counsel."  LR

IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express

acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan,

or in any court order."  LR IA 11-6(d) also provides that the substitution of an attorney "shall not

alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Local Rule IA 3-1 provides:

> An attorney or pro se party must immediately file with the court written notification
> of any change of mailing address, email address, telephone number, or facsimile
> number.  The notification must include proof of service on each opposing party or
> the party's attorney.  Failure to comply with this rule may result in the dismissal of
> the action, entry of default judgment, or other sanctions as deemed appropriate by
> the court.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1.  The Substitution (ECF No. 50) is **GRANTED**.

1

2. Defendant Ken B. Gutman shall represent himself pro se in this matter, subject to the provisions of LR IA 11-6(b), (c), and (d), and LR IA 3-1.

3. The Clerk of the Court shall serve defendant Gutman with a copy of this order, and all future notices, to:

Ken B. Gutman
491 Cypress Crossing
Wellington, Florida 33414

(561) 307-1716
Kgutman88@gmail.com

DATED this 13th day of June, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE