JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
MATTHEW J. KREUTZER
Nevada Bar No. 8834
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: mjk@h2law.com

*Attorneys for Plaintiffs*
*ProteinHouse Franchising, LLC,*
*LRAB, LLC and Andrew F. Bick*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROTEINHOUSE FRANCHISING, LLC, LRAB, LLC, and ANDREW F. BICK,<br><br>Plaintiffs,<br><br>v.<br><br>KEN B. GUTMAN, STEVE HORCH, and JOHN DOE,<br><br>Defendants. | Case No. 2:17-cv-02816-APG-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

1

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiffs ProteinHouse Franchising, LLC, LRAB, LLC, and Andrew F. Bick (together, "ProteinHouse"), on the one hand, and Defendants Ken B. Gutman and Steve Horch, on the other hand, hereby agree and stipulate to dismiss this action, with prejudice, and without an award of attorneys' fees or costs to any party.

**IT IS SO AGREED AND STIPULATED:**

| Howard & Howard Attorneys PLLC | KEN B. GUTMAN |
|---|---|
| By: /s/ Jonathan W. Fountain <br> Jonathan W. Fountain <br> Matthew J. Kreutzer | By: /s/ Ken B. Gutman <br> *Defendant Pro Se* |
| *Attorneys for Plaintiffs ProteinHouse Franchising, LLC, LRAB, LLC and Andrew F. Bick* | STEVE HORCH <br><br> By: /s/ Steve Horch <br> *Defendant Pro Se* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 9, 2018

# **CERTIFICATE OF SERVICE**

I hereby certify that on October, 9, 2018, I caused a true and accurate copy of the foregoing document entitled, STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE, to be filed with the Clerk of the Court via the Court's CM/ECF system and served by first-class, United States mail, and by email, upon the following non-CM/ECF participants:

Ken B. Gutman
491 Cypress Crossing
Wellington, FL 33414
Email: kgutman88@gmail.com

Steve G. Horch
5250 S. Rainbow Blvd. #1121
Las Vegas, NV 89118
Email: srcrown1@me.com

Dated: this 9th day of October, 2018

                                                  /s/ Jonathan W. Fountain
                                                  Howard & Howard Attorneys PLLC

4841-5015-6149, v. 1